IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEYENNE-ARAPAHO GAMING COMMISSION, an agency of the Cheyenne and Arapaho Tribes of Oklahoma, and the APACHE TRIBE OF OKLAHOMA, a federally-recognized Indian tribe,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                Defendants. | Case No. CIV-04-1184-R |

**PLAINTIFF'S SUPPLEMENT TO ITS AMENDED
AND CORRECTED OBJECTION AND
RESPONSE TO UNITED STATES' MOTION TO DISMISS**

COMES NOW Plaintiff Apache Tribe of Oklahoma and offers the following supplement to "Plaintiff's Amended and Corrected Objection and Response to United States' Motion to Dismiss," which was filed on February 22, 2006. In its objection to the motion to dismiss, Plaintiff noted that the United States Department of the Interior was then considering a revision to the regulation at issue and that the revision substantially comported with the definition of "former reservation" which is assigned by Plaintiff herein. (Doc. No. 52, p. 2 n. 7.) Plaintiff supplements the February 22, 2006, objection with the most recent (March 15, 2006) version of the proposed regulations and correspondence related thereto. See Exhibit 1.

                    Respectfully submitted,

                    *s/ Lyndon W. Whitmire*
                    Lyndon W. Whitmire, OBA #17164
                    Rodney K. Hunsinger, OBA #19839
                    William S. "Bill" Price, OBA #7308
                    PHILLIPS McFALL McCAFFREY
                     McVAY & MURRAH, P.C.
                    One Leadership Square, 12th Floor
                    211 North Robinson
                    Oklahoma City, Oklahoma 73102
                    Telephone: 405-235-4100
                    Facsimile: 405-235-4133
                    wsprice@phillipsmcfall.com
                    lwwhitmire@phillipsmcfall.com
                    rkhunsinger@phillipsmcfall.com

                        -and-

                    Richard J. Grellner, OBA #15521
                    439 NW 18th Street
                    Oklahoma City, OK 73103
                    (405) 834-8484
                    (405) 602-0990 (fax)
                    rjgrellner@hotmail.com
                    rjgrellner@yahoo.com

                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on the 7th day of April, 2006, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. Based on the electronic records currently on file, the Clerk will transmit a Notice of Electronic Filing ("NEF") to the following ECF registrants:

Judy A. Copeland
Steven K. Mullins
210 W. Park Avenue, Suite 400
Oklahoma City, OK 73102

Attorneys for Defendants

                    *s/ Lyndon W. Whitmire*

00168305.DOC           2