IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEYENNE-ARAPAHO GAMING ) <br> COMMISSION, an agency of the Cheyenne ) <br> and Arapaho Tribes of Oklahoma, and the ) <br> APACHE TRIBE OF OKLAHOMA, a ) <br> federally-recognized Indian tribe, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> (1) UNITED STATES OF AMERICA; ) <br> (2) UNITED STATES DEPARTMENT ) <br>     OF THE INTERIOR; ) <br> (3) GALE NORTON, SECRETARY OF THE ) <br>     UNITED STATES DEPARTMENT ) <br>     OF THE INTERIOR; ) <br> (4) DAVE ANDERSON, ASSISTANT ) <br>     SECRETARY FOR THE UNITED ) <br>     STATES DEPARTMENT OF ) <br>     INTERIOR FOR INDIAN AFFAIRS; ) <br> (5) JANETTE HANNA, REGIONAL ) <br>     DIRECTOR FOR THE UNITED ) <br>     STATES DEPARTMENT OF ) <br>     INTERIOR FOR INDIAN AFFAIRS; ) <br> (6) MARY DOWNING, ACTING REGIONAL ) <br>     DIRECTOR FOR THE UNITED ) <br>     STATES DEPARTMENT OF ) <br>     INTERIOR FOR INDIAN AFFAIRS; ) <br> (7) NATIONAL INDIAN GAMING ) <br>     COMMISSION; and ) <br> (8) PHILIP HOGEN, CHAIRMAN OF THE ) <br>     NATIONAL INDIAN GAMING ) <br>     COMMISSION, ) <br> ) <br> Defendants. ) | Case No. CIV-04-1184-R |

**SUPPLEMENT TO ADMINISTRATIVE RECORD**

In response to this Court's December 4, 2006 Order [Docket Entry No.70], Defendant hereby

1

supplements the administrative record with a copy of Defendant Anderson's March 24, 2004 letter.

Attachment 1.

ELECTRONIC CASE FILING

JOHN C. RICHTER
UNITED STATES ATTORNEY

s/ JUDY A. COPELAND
BAR NUMBER: 15856
ASSISTANT U.S. ATTORNEY

UNITED STATES ATTORNEY'S OFFICE - WESTERN DISTRICT OF OKLAHOMA
210 PARK AVENUE, SUITE 400 - OKLAHOMA CITY, OK 73102
(405) 553-8700 - (FAX) 553-8885 - JUDY.COPELAND@USDOJ.GOV

### CERTIFICATE OF SERVICE

  X    I hereby certify that on February 7, 2007, a true copy of this pleading was electronically transmitted to the Clerk of the District Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to these parties and counsel registered on ECF:

William S. "Bill" Price
Lyndon W. Whitmire
Rodney K. Hunsinger
Phillips McFall McCaffrey McVay & Murrah, P.C.
One Leadership Square, 12th Floor
211 North Robinson
Oklahoma City, OK 73102

Richard J. Grellner
5300 W. Memorial Road, Suite 14-C
Oklahoma City, OK 73142

  X    I hereby certify that a true copy of this pleading was mailed, postage prepaid, on February 7, 2007, to each of the parties or counsel as indicated below, who are not registered on the Court's ECF system:

None

s/Judy A. Copeland
Assistant U.S. Attorney
